No. 1333, Misc. DI FILIPPO v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1334, Misc. KNUCKLES v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1337, Misc. BERRY v. CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1389, Misc. MCENTIRE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 1392, Misc. MARRONE v. ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 1395, Misc. BUTLER v. HENRY, ADMINISTRATOR. C. A. 4th Cir. Certiorari denied.

No. 1407, Misc. DE CLARA v. JOHNSTON. C. A. 2d Cir. Certiorari denied.

No. 1414, Misc. JACKSON v. NEW JERSEY. Super. Ct. N. J. Certiorari denied. *Richard Newman* for petitioner.

No. 1422, Misc. TORNABENE ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1428, Misc. DOMINGUEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.